(March 21, 1986)

■ The People of the State of New York, Plaintiff, v Rosemary Gilbert, Defendant.—Motion for extension of time to take appeal denied on the basis that defendant has failed to set forth any ground for relief pursuant to CPL 460.30 (1). Although it appears that defendant timely served a notice of appeal, her failure to timely file the notice of appeal renders any relief pursuant to CPLR 460.10 (6) unavailable. Casey, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.

(March 24, 1986)

■ The People of the State of New York, Plaintiff, v Robert Beckwith, Defendant.—Motion for extension of time to take appeal, pursuant to CPL 460.30, denied, on the ground that defendant's papers do not contain sworn allegations of facts claimed to establish the improper conduct of his attorney. Kane, J. P., Main, Weiss, Yesawich, Jr., and Levine, JJ., concur.